IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-77,028






BRITTANY MARLOWE HOLBERG, Appellant



v.



THE STATE OF TEXAS






ON DIRECT APPEAL FROM THE DENIAL OF APPELLANT'S MOTION FOR
ORDER TO ARRANGE SECURE TRANSFER OF HOLBERG FOR
NEUROIMAGING TESTING FILED IN CAUSE NO. 11492C

IN THE 251ST DISTRICT COURT

RANDALL COUNTY




 Per Curiam.


O P I N I O N



 This is a direct appeal of the denial of appellant's motion for an order to arrange
secure transfer of appellant for neuroimaging testing filed in the 251st District Court of
Randall County, Cause No. 11492C, styled The State of Texas v. Brittany Marlowe
Holberg. Appellant has now filed a notice "withdraw[ing] her appeal" of this ruling. The
appeal is, therefore, dismissed. 

Do not publish

Delivered: January 15, 2014